UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VICTOR HENRIQUE NUNES CARVALHO, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil No. 26-11583-LTS |
| ANTONE MONIZ et al., | ) | |
| Respondents. | ) | |

JUDGMENT

April 29, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated April 7, 2026 (Doc. No. 8), the Petition

for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

   /s/ Leo T. Sorokin
United States District Judge