# United States Court of Appeals
## For the First Circuit

No. 26-2114

VICTOR HENRIQUE NUNES CARVALHO,

Petitioner - Appellee,

v.

ANTONE MONIZ, in the official capacity as the Superintendent of the Plymouth County Correctional Facility; DAVID WESLING, in the official capacity as Field Office Director, Boston Field Office, U.S. Immigration & Customs Enforcement; MARKWAYNE MULLIN, in the official capacity as Secretary, U.S. Department of Homeland Security,

Respondents - Appellants.

Before

Rikelman, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: November 16, 2026

This is an appeal by the government from a district court order granting a request for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). The government has moved for a stay of proceedings pending the United States Supreme Court's issuance of decision in Montoya Palacios v. Liggins, 146 S. Ct. 2789 (2026) (granting certiorari), and, in the same motion, asks this court to stay the district court's order awarding EAJA fees and costs.

The government's motion is resolved as follows. Regarding the request for a stay of appellate proceedings, any briefing schedule previously entered is vacated, and the appeal will be stayed pending further order. The government should file status reports at 60-day intervals, the first due 60 days from entry of this order, and should alert the court promptly once the Supreme Court has issued a decision in Montoya Palacios. The court will direct further proceedings at that time.

Regarding the request for a stay of the district court's EAJA order, we deny relief in light of the government's failure to demonstrate, based on the four traditional stay/injunction factors, that the grant of stay relief is in order. See Nken v. Holder, 556 U.S. 418, 433-34 (2009) (describing

four traditional stay/injunction factors and explaining that party seeking a stay bears burden to demonstrate that stay relief is in order under that rubric).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Leo T. Sorokin
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Mary Beth Murrane
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Benjamin Tolkoff
Luana M. Biagini